

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00087-CV

**IN THE INTEREST OF I.A.P.**, a Child

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 03010049CVA
Honorable Joe Vickers, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION. It is ORDERED that no costs shall be assessed against appellant in relation to this appeal because he qualifies as indigent under TEX. R. APP. P. 20.

SIGNED May 15, 2019.

_____
Rebeca C. Martinez, Justice